UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| RUSSELL LOUGHNER, et al. | : | Case No. 1:11CV405 |
| Plaintiffs, | : | Judge Dlott |
| vs. | : | ENTRY |
| MOULDER TECHNIQUES, INC., et al., | : | |
| Defendants. | : | |

This matter came before the Court, by Joint Motion requesting a stay of all proceedings to June 1, 2013. Based on the parties Joint Motion and the Memorandum in support thereof, the Court hereby finds the Motion well taken and orders all proceedings herein stayed to June 1, 2013.

Further, this matter shall be set for dismissal or status phone conference June 3, 2013. *at 10:00 AM*

SO ORDERED.

*Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Jude