UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Russell Loughner, et al.,

       Plaintiffs

Case No.1:11cv405

Judge Dlott
Magistrate Judge Bowman

Ohio Bureau of Workers' Compensation

       Intervenor Plaintiff

vs

Moulder Techniques, Inc., et al.,

       Defendants.

**ORDER**

       The parties are ORDERED to file a written Status Report by July 8, 2013, indicating how they propose the case proceed.

       /s/ *Stephanie K. Bowman*
       United States Magistrate Judge