IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Russell Loughner, et al.,  :
:
    Plaintiff(s),  :
:  Case Number: 1:11cv405
vs.  :
:  Chief Judge Susan J. Dlott
Moulder Techniques, Inc., et al.,  :
:
    Defendant(s).  :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on July 25, 2013 (Doc. 31), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired August 12, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, all claims are **DISMISSED** with prejudice since all matters have been resolved and the Ohio Bureau of Workers Compensation failed to participate in the notification to the Court of the status of settlement.

This case hereby terminated from the docket.

IT IS SO ORDERED.

    s/Susan J. Dlott
    Chief Judge Susan J. Dlott
    United States District Court